25-CV00233-AW MAF

# AFFIDAVIT OF PROCESS SERVER

In the Superior Court of the Second Judicial Circuit in and for Leon County, State of Florida

**Diop Kamau**

    Plaintiff(s),

vs.

**Gregory Slate, et al.**

    Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312



*335702*

Case Number: **2025CA809**

Legal documents received on **05/08/2025** at **11:30 AM** to be served upon **Jonathan Johnson at 1355 Waterway Ct., Stoney Beach, MD 21226**

I, **Rodney Getlan**, swear and affirm that on **May 12, 2025** at **6:36 PM**, I did the following:

**Personally Served Jonathan Johnson** the person listed as the intended recipient of the legal document with this **Summons: Personal Service on an Individual (English and Spanish Version); Complaint for Fraud, Defamation, Civil Conspiracy, Abuse of Process, Malicious Prosecution, and Tortious Interference With Business Relations; Exhibits; Omnibus Order** at **1355 Waterway Ct., Stoney Beach, MD 21226.**

**Description of Person Accepting Service:**
Sex: Male Age: 45 Height: 5ft4in-5ft8in Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

Subject is not in the military. Subject is not married.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Sworn to and subscribed before me on

MAY 13 , 20 25

X _____
Notary Public

**Rodney Getlan**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:335702



FILED USDC FLND TL
MAY 20 '25 PM 12:22

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-00233-AW-MAF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jonathan Johnson

was received by me on *(date)*                         .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  Served by professional process server see attached affidavit. Location:  1355 Waterway Ct., Stoney Beach, MD 21226

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     05/20/2025

*Server's signature*

Diop Kamau Filer            *[signature]*
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: