# AFFIDAVIT OF PROCESS SERVER

4:25-cv-00233Aw —MAF

In the Superior Court of the Second Judicial Circuit in and for Leon County, State of Florida

**Diop Kamau**

    Plaintiff(s),

VS.

**Gregory Slate, et al.**

    Defendant(s).

Attorney: NONE

Diop Kamau
9217 Hampton Glen Ct.
Tallahassee FL 32312

*335699*

**Case Number: 2025CA809**

Legal documents received on **05/08/2025** at **11:17 AM** to be served upon **Bellwether Law PLLC, by serving Northwest Registered Agent Service, Inc.** at 1717 N St., NW, #1, Washington, DC 20036

I, **Laquanyah Henry**, swear and affirm that on **May 12, 2025** at **2:14 PM**, I did the following:

Served **Bellwether Law PLLC, by serving Northwest Registered Agent Service, Inc.** by delivering a conformed copy of the **Summons: Personal Service on an Individual (English and Spanish Version); Complaint for Fraud, Defamation, Civil Conspiracy, Abuse of Process, Malicious Prosecution, and Tortious Interference With Business Relations; Exhibits; Omnibus Order** to Olga Kasyan as Paralegal & Authorized Agent of Bellwether Law PLLC, by serving Northwest Registered Agent Service, Inc. at 1717 N St., NW, #1, Washington, DC 20036.

**Description of Person Accepting Service:**
Sex: Female Age: 40-50 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Laquanyah Henry
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: 335699

Sworn to and subscribed before me on

May 13, 2025

X _____
Notary Public

Kieran Bryce Monahan
Notary Public, District of Columbia
My Commission Expires 04/30/2029

FILED USDC FLND TL
MAY 20 '25 PM 12:22 

Civil Action No. 4:25-cv-00233-AW-MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bellwether Law PLC
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify)*: Served by professional process server see attached affidavit. Location: 1717 N St NW Washington DC

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/20/2025

*Server's signature*

Diop Kamau Filer
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: