UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DIOP KAMAU aka DONALD JACKSON<br>*Plaintiff*<br><br>v.<br><br>JONATHAN JOHNSON, ET AL.<br>*Defendants* | Case No.:4:25-cv-00233-AW-MAF |

### DECLARATION OF JONATHAN JOHNSON IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

My name is Jonathan Johnson. I am *sui juris* and make this declaration upon personal knowledge, except for statements made upon information or belief. I could and would competently testify to the following:

1. My address is 1355 Waterway Ct., Stoney Beach, Maryland 21226.

2. I am currently and have at all times relevant to this litigation been a resident of the State of Maryland.

3. I am the half-brother of Gregory Slate, a codefendant in this case.

4. I have never operated, conducted, engaged in, or carried on any business or business venture in the State of Florida.

5. I have never had an office or agency in the State of Florida.

6. I have never committed a tortious act within the State of Florida.

7. I have never owner, used, possessed or otherwise held a mortgage or lien on any real property within the State of Florida.

8. I have never contracted to insure any person, property, or risk within the State of Florida.

9. I have never engaged in solicitation or service activities within the State of Florida.

I hereby declare under penalty of perjury under the laws of the United State that the foregoing is true and correct.

Dated: May 19, 2025

By: _____
Jonathan Johnson
1355 Waterway Ct
Stoney Beach, Maryland 21226

